PAUL KIELICH, an Infant, by JOHN KIELICH, His Guardian ad Litem, Respondent, *v.* WILLIAM HENGERER COMPANY, Appellant.

JOHN KIELICH, Respondent, *v.* WILLIAM HENGERER COMPANY, Appellant.

(Argued October 25, 1934; decided November 20, 1934.)

*Roy P. Ohlin* and *Mason O. Damon* for appellant.
*William J. Flynn* for respondents.

In each action, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.